**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO.   4:09CR00308-001 SWW

GARY WILSON BROWN

## ORDER

The Court convened for a hearing on November 23, 2009, pursuant to the defendant's petition for review of detention order [doc #9] previously entered by U. S. Magistrate Judge Beth Deere. Following the testimony of witnesses and evidence received, the Court found that the defendant should remain detained for the reasons stated from the bench.

IT IS THEREFORE ORDERED that defendant's petition for review of detention order [doc #11] is DENIED and the defendant shall remain in custody of the United States Marshal pending the sentencing hearing in this matter.

IT IS SO ORDERED this 30th day of November 2009.

/s/Susan Webber Wright
United States District Judge