PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gary Wilson Brown             Case Number: 4:09CR003008-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Original Offense:   Receipt of Child Pornography, a Class C Felony

Date of Sentence:   December 11, 2009

Original Sentence:   60 months Bureau of Prisons, 5 years supervised release, DNA collection, substance abuse treatment, sex offender treatment and polygraph, sex offender registration, no direct contact with minors, no frequenting places where minors congregate, no computer or internet without permission, no camera or photographic device, computer monitoring, prohibited from possessing pornographic material, and $100 special penalty assessment.

Type of Supervision: Supervised Release     Date Supervision Commenced: March 3, 2014
Date Supervision Expires: March 2, 2019

U.S. Probation Officer: MeKisha Childers     Asst. U.S. Attorney: Edward Walker     Defense Attorney: To be appointed

## PETITIONING THE COURT

☐ To extend the term of supervision for \_\_\_\_\_ year(s), for a total term of \_\_\_\_\_ years.
☒ To modify the conditions of supervision as follows:

**Removal of the following Special Condition:**

**The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including, but no limited to, schools, daycare centers, theme parks, theaters and playgrounds.**

**Addition of the following Special Conditions:**

**The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself from the situation and notify his/her probation officer within 24 hours of this contact. The defendant will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.**

Prob 12B                              -2-                         Request for Modifying the
                                                                  Conditions or Terms of Supervision
                                                                  with Consent of the Offender

Name of Offender: Gary Wilson Brown                      Case Number: 4:09CR003008-001 SWW

> The defendant will agree to the installation of computer monitoring software and hardware approved by the probation office. The defendant will abide by all rules and requirements of the program and will consent to unannounced examinations of all computer equipment internal and external storage devices which may include retrieval and copying of all data from the computer(s) and any internal and external peripherals and/or removal of such equipment for the purpose of conducting a more thorough inspection by the probation office or probation service representative.
>
> The defendant will submit their person and any property, house, residence, vehicle, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S.C. § 3583(d).

## CAUSE

Mr. Brown's instant offense involved the use of the internet and a computer. His current conditions allow for computer monitoring. As such, the above requested computer monitoring condition expounds upon the types of monitoring to be performed by the United States Probation Officer. Jenniffer Horan of the Federal Public Defender Office has been notified of this modification.

_____              _____
MeKisha Childers                             Edward Walker
U.S. Probation Officer                       Assistant U.S. Attorney

Date: June 16, 2014                          Date: 6.17.14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

Prob 12B                                                 -3-                                        Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender

Name of Offender: Gary Wilson Brown                  Case Number: 4:09CR003008-001 SWW

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

6-24-2014
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:   Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Removal of the following Special Condition:**

**The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including, but no limited to, schools daycare centers, theme parks, and playgrounds.**

**Addition of the following Special Condition:**

**The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense, and who has been approved by the probation officer. Should the defendant have incidental contact with a child, the defendant is required to immediately remove himself from the situation and notify his/her probation officer within 24 hours of this contact. The defendant will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds.**

**The defendant will agree to the installation of computer monitoring software and hardware approved by the probation office. The defendant will abide by all rules and requirements of the program and will consent to unannounced examinations of all computer equipment internal and external storage devices which may include retrieval and copying of all data from the computer(s) and any internal and external peripherals and/or removal of such equipment for the purpose of conducting a more thorough inspection by the probation office or probation service representative.**

The defendant will submit their person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S.C. § 3583(d).

Witness: _____  Signed: _____
U.S. Probation Officer                    Probationer or Supervised Releasee

06/09/2014
DATE